RECEIVED
IN LAKE CHARLES, LA

JUL 31 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOUTHWEST LOUISIANA CONVENTION & VISITORS BUREAU | : | DOCKET NO. 2:06 CV 2006 |
| VS. | : | JUDGE TRIMBLE |
| EMPLOYERS MUTUAL CASUALTY COMPANY | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the motion to remand be and it is hereby denied.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of July, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE