UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**SOUTHWEST LOUISIANA CONVENTION & VISITORS BUREAU**

VS

**EMPLOYERS MUTUAL CASUALTY CO.**

2:06-cv-2006

JUDGE TRIMBLE

MAGISTRATE JUDGE KAY

| | | | |
|---|---|---|---|
| **MAGISTRATE JUDGE:** | JAMES T. TRIMBLE, JR | **DATE:** | January 7, 2009 |
| **DEPUTY CLERK:** | Tina Benoit | **COURT REPORTER:** | Martha Frye |
| **COUNSEL FOR PLTF.(S):** | Scott J Scofield | **COUNSEL FOR DEFT.(S):** | Brian A Homza |
| **COURT START TIME:** | 10:30 A.M. | **COURT END TIME:** | 12:50 PM |
| **STATISTICAL TIME:** 2 Hrs. 20 Min | | | |

## MINUTES OF COURT
## ORAL ARGUMENT

A hearing was set for this date on the MOTION in Limine to Exclude Certain Evidence [128] by defendant's for Oral Argument. After hearing from counsel for the parties, the court granted in part, denied in part the motion reserving the right for the parties to readdress the issues at trial. Also the MOTION to Strike Reply to Response to Motion, Demand for Bifurcated Trial [149] was discussed. That motion was denied.